UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SKYLINE ENERGY SAVERS, INC., and<br>TMI 4 U COMM LLC,<br><br>　　　　Defendants. | No. 2:19-cv-0708 TLN DB PS<br><br>ORDER |

Plaintiff Mark Aussieker is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On June 19, 2019, defendant Skyline Energy Savers, Inc., purportedly filed an answer. (ECF No. 6.) Accordingly, on June 21, 2019, the undersigned issued an order setting this matter for a status conference on August 23, 2019. (ECF No. 7.)

However, defendant's purported answer is signed by Melvin M. Martin, without any bar number provided. And a search of the California State Bar reveals no licensed attorney with that name. "[T]he law is clear that a corporation can be represented only by a licensed attorney." In re Bigelow, 179 F.3d 1164, 1165 (9th Cir. 1999).

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the date of this order, Melvin M. Martin shall file a brief addressing whether Melvin M. Martin is a licensed attorney and, if so, providing a valid bar number; and

2. If Melvin M. Martin is not a licensed attorney, Melvin M. Martin shall explain defendant Skyline Energy Savers, Inc.'s relationship to Melvin M. Martin.

Dated: July 8, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\aussieker0708.atty.ord