UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER,<br><br>    Plaintiff,<br><br>    v.<br><br>SKYLINE ENERGY SAVERS, INC., and TMI 4 U COMM LLC,<br><br>    Defendants. | No. 2:19-cv-0708 TLN DB PS<br><br><br>ORDER |

Plaintiff Mark Aussieker is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On June 21, 2019, the undersigned issued an order setting a status conference for August 23, 2019, because it appeared that defendant Skyline Energy Savers, Inc., filed an answer.[1] (ECF No. 7.) However, on July 18, 2019, plaintiff filed a notice of dismissal of defendant Skyline Energy Savers, Inc. (ECF No. 10.) The other defendant named in this action, TMI 4 U COMM LLC, has yet to appear.

////

////

---

[1] Whether defendant Skyline Energy Savers, Inc., filed an answer was latter called into question. (ECF No. 8.)

1

Accordingly, IT IS HEREBY ORDERED that the Status (Pretrial Scheduling) Conference set for **Friday**, **August 23**, **2019**, is vacated.

DATED:  August 13, 2019 /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\aussieker0708.vac.ossc