Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
Phone: 916-705-8006
aussieker1@gmail.com

*in pro per*

FILED

MAY 0 1 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ,MARK AUSSIEKER<br><br>             Plaintiff,<br><br>   v.<br><br>Skyline Energy Savers,<br><br>             Defendant. | **CASE** 2:19-cv-00708-TLN-DB<br><br>NOTICE OF VOLUNTARY DISMISSAL OF THIS ENTIRE CASE |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(i), I voluntarily dismiss:

☒ THE ENTIRE CASE

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Mark Aussieker

04/23/2020

1